UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re

William Tranum,

    Debtor.

Case No. 14–32035
Chapter 13

**NOTICE**

Second and Final Notice of Discharge Requirements. The Debtor(s) has not filed a Motion for Entry of Discharge pursuant to Local Bankruptcy Rule 4004–1(a). Unless such requirements are satisfied before the filing of the Trustee's Final Report, the case will be closed WITHOUT discharge. (RE: related document(s)25 Notice of Final Requirements Necessary for Discharge). (LO)

Dated March 26, 2018

*Juan-Carlos Guerrero*

Juan–Carlos Guerrero
Clerk of Court